**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1710**

STEPHEN D. CHAMBERLAIN,

              Plaintiff - Appellant,

     v.

PAUL F. HARRIS, JR.,

              Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   J.  Frederick  Motz,  Senior  District Judge.  (1:15-cv-01476-JFM)

Submitted:  October 15, 2015     Decided:  October 19, 2015

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen D. Chamberlain, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen D. Chamberlain appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chamberlain v. Harris, No. 1:15-cv-01476-JFM (D. Md. filed June 8, 2015; entered June 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2